McCORMICK HARVESTING MACH. CO., Appellant, v. PARSONS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the McCormick Harvesting Machine Company against John R. Parsons. No opinion. Interlocutory judgment affirmed, with costs, with

leave to plaintiff to withdraw its demurrer, and reply, upon payment of the costs of the demurrer and of this appeal.